THE CITIZENS' CENTRAL NATIONAL BANK OF NEW YORK, Respondent, *v.* THE NEW AMSTERDAM NATIONAL BANK OF NEW YORK, Appellant.

*Citizens' Central Nat. Bank* v. *New Amsterdam Nat. Bank,* 128 App. Div. 554, affirmed.

(Argued February 17, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover money paid by plaintiff to defendant upon a check drawn upon the plaintiff and deposited with the defendant.

*H..Aaron* for appellant.

*John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

ADOLPH G. HUPFEL, Transacting Business as A. HUPFEL'S SONS, Appellant, *v.* BOSTON INSURANCE COMPANY, Respondent.

*Hupfel* v. *Boston Ins. Co.,* 128 App. Div. 925, affirmed.
(Argued February 17, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a policy of fire insurance.

*Abraham Benedict* for appellant.

*Dickinson W. Richards* and *Ward D. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.